**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

HORACE GREGORY BRIGHTWELL,  :
AIS 239772,
                                 :

      Petitioner,
                                 :

vs.                                   CA 11-0165-WS-C
                                 :

TONY PATTERSON,
                                 :

      Respondent.


## <u>ORDER</u>

      After due and proper consideration of all portions of   this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 11, 2011, is **ADOPTED** as the opinion of this Court.

      **DONE** this 19th day of May, 2011.

                    s/WILLIAM H. STEELE_____
                    **CHIEF UNITED STATES DISTRICT JUDGE**