## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

HORACE GREGORY BRIGHTWELL, :
AIS 239772,

                                 :

    Petitioner,

                                 :

vs.                                CA 11-0165-WS-C

                                 :

TONY PATTERSON,

                                 :

    Respondent.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**,

**ADJUDGED**, and **DECREED** that petitioner's request for habeas corpus relief, pursuant

to 28 U.S.C. § 2254, be dismissed as time-barred pursuant to 28 U.S.C. § 2244(d).

Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to

appeal *in forma pauperis*.

    **DONE** this 19th day of May, 2011.

                          s/WILLIAM H. STEELE
                          **CHIEF UNITED STATES DISTRICT JUDGE**